# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON LAMBERTH, | |
| Plaintiff, | Case No. 2:14-cv-02044-APG-GWF |
| vs. | **ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendant. | |

This matter is before the Court on Defendants' Motion to File Exhibit 3 Under Seal (#36), filed on June 10, 2015.

Defendants request that Exhibit 3 of the Motion to Compel be filed under seal. Defendants represent that the document should be filed under seal because it contains the names of non-party Clark County School District students. Defendants represent that this information is covered by the Protective Order (#25). Defendants have sufficiently established good cause for granting the motion to seal. Accordingly,

**IT IS HEREBY ORDERED** that the Defendants' Motion to File Exhibit 3 Under Seal (#36) is **granted**.

**DATED** this 12th day of June, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge