# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JASON LAMBERTH, *et al.*,

    Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, et al.,

    Defendant.

Case No. 2:14-cv-02044-APG-GWF

**ORDER**

    This matter is before the Court on Defendants' Motion to File Reply Under Seal (#46), filed on June 25, 2015.

    Defendants seek to file their reply to Plaintiffs' motion to compel under seal. Defendants represent that the reply describes and discloses material that has been designated by the Plaintiffs as "CONFIDENTIAL." The Defendants argue that this requires the materials be sealed due to the stipulated confidentiality agreement and protective order. Defendants have sufficiently established good cause for filing the reply under seal. Accordingly,

    **IT IS HEREBY ORDERED** that Defendants' Motion to File Reply Under Seal (#46) is **granted**.

    **DATED** this 29th day of June, 2015.

                                                             GEORGE FOLEY, JR.
                                                           United States Magistrate Judge