# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JASON LAMBERTH,

    Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, et al.,

    Defendant.

Case No. 2:14-cv-02044-APG-GWF

**ORDER**

    This matter is before the Court on Defendants' Motion to File Portions of its Opposition Under Seal (#52), filed on July 10, 2015.

    Defendants move to seal their Opposition to Plaintiff's First Motion to Confirm Documents as Confidential (#51). Defendants represent that substantial portions of their Opposition were designated "Confidential" by the Plaintiff. Defendants argue that this requires the materials be sealed due to the stipulated confidentiality agreement and protective order. *See* Order on Stipulation (#25). Defendants have sufficiently established good cause for filing the opposition under seal. Accordingly,

    **IT IS HEREBY ORDERED** that Defendants' Motion to File Portions of its Opposition Under Seal (#52) is **granted**.

    **DATED** this 15th day of July, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge