# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JASON LAMBERTH et al.,

        Plaintiffs,

vs.

CLARK COUNTY SCHOOL DISTRICT, et al.,

        Defendants.

Case No. 2:14-cv-02044-APG-GWF

**ORDER**

        This matter is before the Court on Plaintiffs' Motion to File Under Seal Excerpts From Plaintiffs' Reply (#59), filed on July 17, 2015.

        Plaintiffs move to seal their Reply to Defendants' Opposition to Plaintiff's First Motion to Confirm Documents as Confidential (#59). Plaintiffs represent that substantial portions of their Reply have been designated "Confidential." Plaintiffs argue that this requires the materials be sealed due to the stipulated confidentiality agreement and protective order. *See* Order on Stipulation (#25). Furthermore, Plaintiffs have submitted a redacted copy of the motion on the record. Plaintiffs have sufficiently established good cause for filing the opposition under seal. Accordingly,

        **IT IS HEREBY ORDERED** that Plaintiffs' Motion to File Under Seal Excerpts From Plaintiffs' Reply (#59) is **granted**.

        **DATED** this 21st day of July, 2015.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge