Allen Lichtenstein, Esq.
Nevada Bar No. 3992
Allen Lichtenstein, Ltd.
3315 Russell Road, No. 222
Las Vegas, NV 89120
Tel: 702-433-2666
Fax: 702-433-9591
allaw@lvcoxmail.com

James A. Quadra, Esq. (*admitted pro hac vice* )
Rebecca Coll, Esq. (*admitted pro hac vice* )
Quadra & Coll, LLP
649 Mission Street, 5th Floor
San Francisco, CA 94105
Tel:  415-426-3502
jquadra@quadracoll.com
rcoll@quadracoll.com

Michael Ansell (*admitted proc hac vice*)
Joshua S. Bauchner (*admitted proc hac vice*)
Ansell, Grimm & Aaron PC
1500 Lawrence Ave.
Ocean Township, NJ 07712
Telephone: (732) 922-1000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEVADA

| | |
|---|---|
| JASON LAMBERTH, as father in his individual capacity and estate representative of  HAILEE JOY LAMBERTH; JENNIFER LAMBERTH, as mother in her individual capacity and estate representative of HAILEE JOY LAMBERTH;  and JACOB LAMBERTH, brother of HAILEE JOY LAMBERTH.<br><br>Plaintiffs,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT (CCSD); Pat Skorkowsky, in his official capacity as CCSD superintendent; CCSD BOARD OF SCHOOL TRUSTEES; Erin A. Cranor, Linda E. Young, Patrice | 2:14-CV-2044-APG-GWF<br><br><br><br><br><br>**NOTICE OF APPEAL** |

| | | |
|---|---|---|
| 1 | Tew, Stavan Corbett, Carolyn Edwards, | ) |
| 2 | Chris Garvey, Deanna Wright, in their official capacities as CCSD BOARD | ) ) |
| 3 | OF SCHOOL TRUSTEES; THURMAN WHITE MIDDLE SCHOOL (TWMS); | ) ) |
| 4 | Principal Andrea Katona, in her individual and official capacity as principal of | ) ) |
| 5 | TWMS; Dean Ron Kamman, in his individual and official capacity as Dean at | ) ) |
| 6 | TWMS; Dean April Barr, in her individual and official capacity as Dean at TWMS; Sabreena | ) ) |
| 7 | Adams, in her individual and official capacity | ) |
| 8 | as counselor at TWMS; Mrs. Kim Jefferson, in her individual and official capacity as | ) ) |
| 9 | instructor at TWMS; Andre Long, in his individual and official capacity as Academic | ) ) |
| 10 | Manager of CCSD. | ) |
| 11 | | ) |
| 12 | Defendants. | ) ) |

Notice is hereby given that the above named Plaintiffs' appeal to the United States Court of Appeals for the Ninth Circuit from the Order dismissing Plaintiffs' federal claims (Docket No. 69), entered on August 12, 2015, and the Order denying Plaintiffs' Motion to Amend Complaint (Docket No.95), entered in this action on December 7, 2015.

Dated this 27th day of December 2015

Respectfully submitted by:

/s/ Allen Lichtenstein
Allen Lichtenstein, Esq.
Nevada Bar No. 3992
Allen Lichtenstein, Ltd.
3315 Russell Road, No. 222
Las Vegas, NV 89120
Tel: 702-433-2666
Fax: 702-433-9591
allaw@lvcoxmail.com

James A. Quadra, Esq. (*pro hac vice*)
Rebecca Coll, Esq. (*pro hac vice*)
Quadra & Coll, LLP
649 Mission Street, 5th Floor
San Francisco, CA 94105
Tel: 415-426-3502
jquadra@quadracoll.com
rcoll@quadracoll.com

2

Michael Ansell (*proc hac vice*)
Joshua S. Bauchner (*proc hac vice*)
Ansell, Grimm & Aaron PC
1500 Lawrence Ave.
Ocean Township, NJ 07712
Telephone: (732) 922-1000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that I served all parties with the foregoing Notice of Appeal via the Court's  electronic filing and service system on December 27, 2015.

      /a/ Allen Lichtenstein

3