UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON LAMBERTH, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:14-cv-02044-APG-GWF<br><br>**ORDER SEALING DKT. #103 AND DIRECTING CORRECTED VERSION TO BE FILED**<br><br>(Dkt. #103) |

　　　　I previously ordered the plaintiffs to file a redacted version of their reply brief and attached exhibits (Dkt. #80). (Dkt. #100.) I directed that non-party minors' names must be replaced with initials. The plaintiffs filed a publicly-accessible version of their redacted brief, but they did not replace all minors' names with initials:

　　　　Dkt. #103-1 at page 9 in the footnote, a minor's name is mentioned in full twice.

　　　　Dkt. #103-2 at page 2 in the "Specific Comments About Behavior" box, a minor's first name is mentioned four times.

　　　　Dkt. #103-2 at page 8, line 6 a minor's first name is mentioned.

　　　　Dkt. #103-2 at page 13, line 15 a minor's full name is mentioned.

　　　　Dkt. #103-2 at page 20, line 3, a minor's full name is mentioned.

　　　　Dkt. #103-2 at page 32 line 13 and line 21, minors' first names are mentioned.

　　　　IT IS THEREFORE ORDERED that **the Clerk of Court shall seal Dkt. #103.**

　　　　IT IS FURTHER ORDERED that the plaintiffs shall file a corrected redacted version of their reply brief (Dkt. #80) consistent with this Order within 14 days.

　　　　DATED this 9th day of February, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE